# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

Case Number: 13-m-245

**A Compaq Presario Desktop computer, Serial Number MXK4150QXR. This device is currently located at the FBI Milwaukee Headquarters Office, 330 E. Kilbourn Avenue, Milwaukee, WI 53202. See Attachment A.**

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**A Compaq Presario Desktop computer, Serial Number MXK4150QXR. This device is currently located at the FBI Milwaukee Headquarters Office, 330 E. Kilbourn Avenue, Milwaukee, WI 53202. See Attachment A.**

The person or property to be searched, described above, is believed to conceal: **Violations of 18 U.S.C. § 1951(a), Interference with Commerce by Robbery and 18 U.S.C. § 924(c), Using, Possessing, or Carrying a Firearm in Connection with a Crime of Violence. See Attachment B.**

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before June 27, 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Patricia J. Gorence.

Date and time issued June 21, 2013; 11:40 a.m./p.m.

*Patricia J. Gorence*
Judge's signature

City and state: Milwaukee, Wisconsin

THE HONORABLE PATRICIA J. GORENCE
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 192B-MW-2796473 | June 21, 2013 | Kerry Kolecheck |

Inventory made in the presence of
Kerry Kolecheck

Inventory of person or property taken and name of any person(s) seized:

Compaq Presario Desktop computer
MXK4150QXR
Image of hard drive has been made

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/2013

*Jill A D*
(Executing officer's signature)

Jill A Dring   Special Agent
(Printed name and title)

Subscribed, sworn to, and returned before me this date.

*Patricia J Gorence*
(U.S. Judge or Magistrate Judge)

June 28, 2013
(Date)

# ATTACHMENT A

The property to be searched is a Compaq Presario Desktop computer, Serial Number MXK4150QXR, hereinafter the "Device." The Device is currently located at the FBI Milwaukee Headquarters Office located at 330 E. Kilbourn Avenue, Milwaukee, WI 53202. This warrant authorizes the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in Attachment B.

# ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of 18 U.S.C. § 1951(a) and 18 U.S.C. 924(c) and involve Richard Mayberry and/or his associates, including Michael Robertson and Kovan Nash, since January 1, 2013, including:

   a. Recent Email history and frequency to and from individuals suspected to be involved in the March 22, 2013 robbery of Wal-Mart Market;

   b. Information relating to efforts to obtain transportation, firearms, ammunition, clothing, and related items used or associated with the March 22, 2013 robbery of Wal-Mart Market;

   c. Information relating to plans, addresses, or locations, of other potential robbery targets;

   d. Information relating to browsing history, or use of the internet to develop the plan to rob the Wal-Mart Market;

   e. Information related to the current location of the firearms used in the robbery, U.S. currency obtained during the robbery, and clothing worn during the robbery;

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, saved usernames and passwords, documents, and browsing history;

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored,

including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

2